B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Miller, Jeryl Thomas** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bremer, Donna Fae** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **4743** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **4198** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4544 Andes St**<br>**Denver, CO**<br>ZIPCODE **80249-7277** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4544 Andes St**<br>**Denver, CO**<br>ZIPCODE **80249-7277** |
| County of Residence or of the Principal Place of Business:<br>**Denver** | County of Residence or of the Principal Place of Business:<br>**Denver** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

☑ Chapter 7            ☐ Chapter 15 Petition for
☐ Chapter 9                Recognition of a Foreign
☐ Chapter 11              Main Proceeding
☐ Chapter 12          ☐ Chapter 15 Petition for
☐ Chapter 13              Recognition of a Foreign
                                    Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Miller, Jeryl Thomas & Bremer, Donna Fae** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X /s/ Andrew F. McKenna, Esq.          11/17/15<br>——————————————————————————<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

——————————————————————————————————————————
(Name of landlord that obtained judgment)

——————————————————————————————————————————
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Miller, Jeryl Thomas & Bremer, Donna Fae** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeryl Thomas Miller**
Signature of Debtor                              **Jeryl Thomas Miller**

X **/s/ Donna Fae Bremer**
Signature of Joint Debtor                        **Donna Fae Bremer**

Telephone Number (If not represented by attorney)

**November 17, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|

**Signature of Attorney***

X **/s/ Andrew F. McKenna, Esq.**
Signature of Attorney for Debtor(s)

**Andrew F. McKenna, Esq. 32348**
**Law Offices of Andrew F. McKenna, P.C.**
**3801 E. Florida Ave. Ste. 400**
**Denver, CO  80210-2543**
**(303) 730-8819  Fax: (303) 759-5999**
**amckenna@afmlaw.net**

**November 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                                    Case No. _____

**Miller, Jeryl Thomas**                                                  Chapter **7** _____
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Jeryl Thomas Miller*** _____

Date: **November 17, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 15725-CO-CC-026078069

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

15725-CO-CC-026078069

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 20, 2015</u>, at <u>8:42</u> o'clock <u>PM EDT</u>, <u>Jeryl Miller</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>August 20, 2015</u>            By:   <u>/s/Martha Estrellado</u>

                                         Name:   <u>Martha Estrellado</u>

                                         Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                               Case No. _____

**Bremer, Donna Fae** _____ Chapter **7** _____
                                       Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Donna Fae Bremer*** _____

Date: **November 17, 2015** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 15725-CO-CC-026078070

15725-CO-CC-026078070

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 20, 2015</u>, at <u>8:42</u> o'clock <u>PM EDT</u>, <u>Donna Bremer</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>August 20, 2015</u>          By:   <u>/s/Martha Estrellado</u>

Name:  <u>Martha Estrellado</u>

Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                                  Case No. _____

**Miller, Jeryl Thomas & Bremer, Donna Fae**                            Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 48,761.00 | 2015 Husband YTD Income |
| 69,296.00 | 2014 Husband Income |
| 59,833.00 | 2013 Husband Income |

---

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 8,128.00 | 2015 Wiife YTD SSDI Income |
| 11,988.00 | 2014 Wife SSDI Income |
| 11,808.00 | 2013 Wife SSDI Income |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Nation Star Mortgage<br>PO Box 650783<br>Dallas, TX  75265-0783 | 7/4/15 - $1,263.72<br>8/3/15 - $1,263.72<br>7/4/15 - $1,263.72 | 3,791.16 | 162,119.00 |
| Radius Management Corp<br>1498 SE Tech Center Pl Ste 230<br>Vancouver, WA  98683-5508 | 6/1/15 - $155.35<br>7/1/15 - $155.35<br>8/1/15 - $155.35 | 466.05 | 4,828.41 |
| Bellco Credit Union<br>PO Box 6611<br>Greenwood Village, CO  80155-6611 | 6/5/15 - $982.80<br>7/7/15 - $982.80<br>8/14/15 - $982.80 | 2,948.40 | 60,678.00 |
| Freedom Road Financial<br>10509 Professional Cir Ste 202<br>Reno, NV  89521-4884 | 6/12/15 - $290.81<br>7/14/15 - $290.81<br>8/16/15 - $290.81 | 872.43 | 13,643.00 |

None ☑    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   *\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑    *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Andrew F. McKenna<br>Law Offices Of Andrew F. McKenna, P.C.<br>3801 E Florida Ave Ste 400<br>Denver, CO  80210-2543 | 8/15 | 1,200.00 |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **November 17, 2015**          Signature  ***/s/ Jeryl Thomas Miller***
                                              of Debtor                                              **Jeryl Thomas Miller**

Date: **November 17, 2015**          Signature  ***/s/ Donna Fae Bremer***
                                              of Joint Debtor                                      **Donna Fae Bremer**
                                              (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### District of Colorado

**IN RE:**                                                    Case No. _____

**Miller, Jeryl Thomas & Bremer, Donna Fae**          Chapter **7** _____
<span style="padding-left:5em">Debtor(s)</span>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 231,536.00 | | |
| B - Personal Property | Yes | 3 | $ 119,521.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 240,568.41 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 50,901.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 5,344.15 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 6,935.47 |
| TOTAL | | 25 | $ 351,057.00 | $ 291,470.05 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                                    Case No. _____

Miller, Jeryl Thomas & Bremer, Donna Fae _____        Chapter **7** _____
                              Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 5,344.15 |
| Average Expenses (from Schedule J, Line 22) | $ 6,935.47 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ 6,430.52 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 12,821.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 50,901.64 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 63,722.64 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** Miller, Jeryl Thomas & Bremer, Donna Fae                    Case No. _____
Debtor(s)                                                                  (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence - 4544 Andes St -80249** | | H | 226,536.00 | 162,119.00 |
| **Vacant Land - 74441 Pamplin Rd, Costilla County, CO** | | J | 5,000.00 | 4,128.41 |
| | | **TOTAL** | **231,536.00** | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Miller, Jeryl Thomas & Bremer, Donna Fae     Case No. _____

               Debtor(s)                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY

     Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **cash on hand** | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TCF Bank - Checking** | J | 200.00 |
| | | **Wells Fargo - Checking** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Appliances:  Washer, Dryer, Refrigerator, Stove, Dishwasher, Microwave** | J | 800.00 |
| | | **Audio and Video Components (TV, DVD, Digital Camera, Etc)** | J | 1,200.00 |
| | | **Computer and Computer peripherals (desktop, laptop, monitor, printer scanner)** | J | 700.00 |
| | | **Furnishings (lamps, Etc.)** | J | 300.00 |
| | | **House wares (pots, pans, linens)** | J | 400.00 |
| | | **Household Furniture including: Living Room Furniture, Dining room/Kitchen Furniture, and Bedroom Furniture** | J | 1,000.00 |
| | | **Miscellaneous items** | J | 700.00 |
| | | **Other Appliances (coffee pot, toaster, etc)** | J | 100.00 |
| | | **Tools and gardening supplies** | J | 800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Compact Disks, Movies (DVD, VHS), Records, Tapes, Video Games** | J | 1,200.00 |
| 6. Wearing apparel. | | **Personal Clothing including shoes** | J | 2,000.00 |
| 7. Furs and jewelry. | | **Personal jewelry costume and fine** | J | 2,600.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Miller, Jeryl Thomas & Bremer, Donna Fae** _____ Case No. _____
            Debtor(s)                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K | H | 40,996.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Miller, Jeryl Thomas & Bremer, Donna Fae</u>                    Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Saturn Ion 3**<br>**Fair condition - 119473 Miles**<br>**VIN # 1G8AJ52F532162023** | J | 1,925.00 |
| | | **2014 Artic Cat 700 HDX**<br>**Good Condition**<br>**VIN# 4UF14MPV1ET308231** | J | 9,500.00 |
| | | **2015 Chevy Silverado LTZ**<br>**Good Condition - 3200 Miles**<br>**VIN# 3GCUKSEJ5G155124** | J | 52,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Impact Guns, Sockets, Wrenches, Rachets, Drill. Grinder** | H | 3,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **119,521.00** |

(Include amounts from any continuation sheets attached.)<br>Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/13)**

IN RE **Miller, Jeryl Thomas & Bremer, Donna Fae** _____ Case No. _____

Debtor(s)                                                                                     (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:              ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence - 4544 Andes St -80249** | **Colo. Rev. Stat. §§ 38-41-201(a), 38-41-201.6, 38-41-202** | **64,417.00** | **226,536.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **cash on hand** | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** | **100.00** | **100.00** |
| **TCF Bank - Checking** | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** | **75%** | **200.00** |
| **Appliances:  Washer, Dryer, Refrigerator, Stove, Dishwasher, Microwave** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **800.00** | **800.00** |
| **Audio and Video Components (TV, DVD, Digital Camera, Etc)** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **1,200.00** | **1,200.00** |
| **Computer and Computer peripherals (desktop, laptop, monitor, printer scanner)** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **700.00** | **700.00** |
| **Furnishings (lamps, Etc.)** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **300.00** | **300.00** |
| **House wares (pots, pans, linens)** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **400.00** | **400.00** |
| **Household Furniture including: Living Room Furniture, Dining room/Kitchen Furniture, and Bedroom Furniture** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **1,000.00** | **1,000.00** |
| **Miscellaneous items** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **700.00** | **700.00** |
| **Other Appliances (coffee pot, toaster, etc)** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **100.00** | **100.00** |
| **Tools and gardening supplies** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **800.00** | **800.00** |
| **Compact Disks, Movies (DVD, VHS), Records, Tapes, Video Games** | **Colo. Rev. Stat. § 13-54-102(1)(k)** | **1,200.00** | **1,200.00** |
| **Personal Clothing including shoes** | **Colo. Rev. Stat. § 13-54-102(1)(a)** | **2,000.00** | **2,000.00** |
| **Personal jewelry costume and fine** | **Colo. Rev. Stat. § 13-54-102(1)(b)** | **2,600.00** | **2,600.00** |
| **401K** | **Colo. Rev. Stat. § 13-54-102(1)(s)** | **40,996.00** | **40,996.00** |
| **2003 Saturn Ion 3 Fair condition - 119473 Miles VIN # 1G8AJ52F532162023** | **Colo. Rev. Stat. § 13-54-102(1)(j)(l)** | **1,925.00** | **1,925.00** |
| **Impact Guns, Sockets, Wrenches, Rachets, Drill. Grinder** | **Colo. Rev. Stat. § 13-54-102(1)(i)** | **3,000.00** | **3,000.00** |

_* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Miller, Jeryl Thomas & Bremer, Donna Fae** _____ Case No. _____
Debtor(s) (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4152** <br><br> **Bellco Credit Union** <br> **7600 E Orchard Rd Ste 40** <br> **Greenwood Village, CO  80111** | | H | **INSTALLMENT ACCOUNT OPENED 12/2014 - 2015 cHEVY sILVERADO tyz** <br><br><br> VALUE $ **52,000.00** | | | | 60,678.00 | 8,678.00 |
| ACCOUNT NO. <br><br> **Bellco Credit Union** <br> **PO Box 6611** <br> **Greenwood Village, CO  80155-6611** | | | Assignee or other notification for: **Bellco Credit Union** <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. **2511** <br><br> **Freedom Road Financial** <br> **10605 Double R Blv** <br> **Reno, NV  89521** | | H | **INSTALLMENT ACCOUNT OPENED 11/2014 - 2014 Artic Cat 700 HDX** <br><br><br> VALUE $ **9,500.00** | | | | 13,643.00 | 4,143.00 |
| ACCOUNT NO. <br><br> **Freedom Road Financial** <br> **10509 Professional Cir Ste 202** <br> **Reno, NV  89521-4884** | | | Assignee or other notification for: **Freedom Road Financial** <br><br><br> VALUE $ | | | | | |

_____ **1** continuation sheets attached

<table>
<tr><td></td><td>Subtotal<br>(Total of this page)</td><td>$ <b>74,321.00</b></td><td>$ <b>12,821.00</b></td></tr>
<tr><td></td><td>Total<br>(Use only on last page)</td><td>$</td><td>$</td></tr>
<tr><td></td><td></td><td>(Report also on<br>Summary of<br>Schedules.)</td><td>(If applicable, report<br>also on Statistical<br>Summary of Certain<br>Liabilities and Related<br>Data.)</td></tr>
</table>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Miller, Jeryl Thomas & Bremer, Donna Fae _____   Case No. _____
        Debtor(s)                                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8555**<br>**Nationstar Mortgage LI**<br>**350 Highland Dr**<br>**Lewisville, TX  75067** | | H | **MORTGAGE ACCOUNT OPENED 11/2009 p- Residence 4544 Andes St Denver, CO**<br><br>VALUE $ **226,536.00** | | | | **162,119.00** | |
| ACCOUNT NO.<br>**Nation Star Mortgage**<br>**PO Box 650783**<br>**Dallas, TX  75265-0783** | | | **Assignee or other notification for: Nationstar Mortgage LI**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **0083**<br>**Radius Management Corp**<br>**1498 SE Tech Center Pl Ste 230**<br>**Vancouver, WA  98683-5508** | | J | **7/28/14 - Vacant Land - 74441 Pamplin RD Costilla County, CO**<br><br>VALUE $ **5,000.00** | | | | **4,128.41** | |
| ACCOUNT NO.<br>**Radius Management Corp**<br>**PO Box 872590**<br>**Vancouver, WA  98687-2590** | | | **Assignee or other notification for: Radius Management Corp**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **166,247.41** | $ |
| Total<br>(Use only on last page) | $ **240,568.41** | $ **12,821.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **Miller, Jeryl Thomas & Bremer, Donna Fae**      Case No. _____
       Debtor(s)                                                       (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE <u>Miller, Jeryl Thomas & Bremer, Donna Fae</u>                    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1662** <br><br>**Barclays Bank Delaware** <br>**125 S West St** <br>**Wilmington, DE  19801** | | H | **REVOLVING ACCOUNT OPENED 8/2007** | | | | **2,565.00** |
| ACCOUNT NO. **6726** <br><br>**Barclays Bank Delaware** <br>**125 S West St** <br>**Wilmington, DE  19801** | | H | **REVOLVING ACCOUNT OPENED 10/2014** | | | | **0.00** |
| ACCOUNT NO. **3407** <br><br>**Bby/cbna** <br>**50 Northwest Point Road** <br>**Elk Grove Village, IL  60007** | | H | **REVOLVING ACCOUNT OPENED 5/2014** | | | | **681.00** |
| ACCOUNT NO. **1603** <br><br>**Bk Of Amer** <br>**1800 Tapo Canyon Rd** <br>**Simi Valley, CA  93063** | | H | **MORTGAGE ACCOUNT OPENED 11/2009** | | | | **0.00** |

<u>    **7**    </u> continuation sheets attached

|  | Subtotal (Total of this page) | $ | **3,246.00** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Miller, Jeryl Thomas & Bremer, Donna Fae**                    Case No. _____
                          Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8120**<br>**Capital One**<br>**Po Box 5253**<br>**Carol Stream, IL  60197** | | H | REVOLVING ACCOUNT OPENED 11/2007 | | | | 0.00 |
| ACCOUNT NO. **5643**<br>**Capital One**<br>**Po Box 5253**<br>**Carol Stream, IL  60197** | | H | REVOLVING ACCOUNT OPENED 5/2008 | | | | 0.00 |
| ACCOUNT NO. **1001**<br>**Capital One Auto Finan**<br>**Po Box 259407**<br>**Plano, TX  75025** | | H | INSTALLMENT ACCOUNT OPENED 9/2011 | | | | 0.00 |
| ACCOUNT NO. **3287**<br>**Capital One Bank Usa N**<br>**15000 Capital One Dr**<br>**Richmond, VA  23238** | | H | REVOLVING ACCOUNT OPENED 8/2006 | | | | 0.00 |
| ACCOUNT NO. **5166**<br>**Capital One Bank Usa N**<br>**15000 Capital One Dr**<br>**Richmond, VA  23238** | | H | REVOLVING ACCOUNT OPENED 10/2006 | | | | 0.00 |
| ACCOUNT NO. **4244**<br>**Capital One Bank Usa N**<br>**15000 Capital One Dr**<br>**Richmond, VA  23238** | | H | REVOLVING ACCOUNT OPENED 11/2007 | | | | 0.00 |
| ACCOUNT NO. **7874**<br>**Capital One Bank Usa N**<br>**15000 Capital One Dr**<br>**Richmond, VA  23238** | | W | REVOLVING ACCOUNT OPENED 5/2007 | | | | 0.00 |

Sheet no. _____**1**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)** - Cont.

**IN RE** Miller, Jeryl Thomas & Bremer, Donna Fae _____ Case No. _____
Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9137** <br><br>**CareCentrix Inc.**<br>**PO Box 277947**<br>**Atlanta, GA  30384-7947** | | W | **Multiple dates in 2015 Medical** | | | | **1,913.07** |
| ACCOUNT NO. **0066** <br><br>**Chase Card**<br>**Po Box 15298**<br>**Wilmington, DE  19850** | | H | **REVOLVING ACCOUNT OPENED 2/2001** | | | | **0.00** |
| ACCOUNT NO. **1162** <br><br>**Citi**<br>**701 E 60th St N**<br>**Sioux Falls, SD  57104** | | H | **REVOLVING ACCOUNT OPENED 4/2014** | | | | **2,313.00** |
| ACCOUNT NO. **4558** <br><br>**Credit First N A**<br>**6275 Eastland Rd**<br>**Brookpark, OH  44142** | | H | **REVOLVING ACCOUNT OPENED 10/2009** | | | | **717.00** |
| ACCOUNT NO. **2035** <br><br>**First Horizon Home Loa**<br>**4000 Horizon Way**<br>**Irving, TX  75063** | | H | **MORTGAGE ACCOUNT OPENED 6/2007** | | | | **0.00** |
| ACCOUNT NO. **8771** <br><br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD  57107** | | H | **REVOLVING ACCOUNT OPENED 11/2009** | | | | **0.00** |
| ACCOUNT NO. **2491** <br><br>**Jared-galleria Of Jwlr**<br>**375 Ghent Rd**<br>**Fairlawn, OH  44333** | | H | **REVOLVING ACCOUNT OPENED 12/2013** | | | | **0.00** |

Sheet no. _____**2** of _____**7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    $    <b>4,943.07</b>

Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Miller, Jeryl Thomas & Bremer, Donna Fae**                    Case No. _____
               Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7378**<br>**Matco Tools**<br>**4403 Allen Rd**<br>**Stow, OH  44224** | | H | INSTALLMENT ACCOUNT OPENED 8/2012 | | | | 0.00 |
| ACCOUNT NO. **9238**<br>**Matco Tools**<br>**4403 Allen Rd**<br>**Stow, OH  44224** | | H | INSTALLMENT ACCOUNT OPENED 2/2012 | | | | 0.00 |
| ACCOUNT NO. **9007**<br>**Matco Tools**<br>**4403 Allen Rd**<br>**Stow, OH  44224** | | H | INSTALLMENT ACCOUNT OPENED 9/2012 | | | | 0.00 |
| ACCOUNT NO. **3515**<br>**Metlife Home Loan**<br>**4000 Horizan Way**<br>**Irving, TX  75063** | | H | MORTGAGE ACCOUNT OPENED 12/2008 | | | | 0.00 |
| ACCOUNT NO. **0785**<br>**Midland Mtg/midfirst**<br>**999 Nw Grand Blvd**<br>**Oklahoma City, OK  73118** | | H | MORTGAGE ACCOUNT OPENED 6/2007 | | | | 0.00 |
| ACCOUNT NO. **7874**<br>**Portfolio Rc**<br>**120 Corporate Blvd Ste 1**<br>**Norfolk, VA  23502** | | W | OPEN ACCOUNT OPENED 0/ | | | | 568.00 |
| ACCOUNT NO.<br>**Capital  One N.A.**<br>**PO Box 71087**<br>**Charlotte, NC  28272-1087** | | | Assignee or other notification for:<br>**Portfolio Rc** | | | | |

Sheet no. _____**3**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                          (Total of this page)  $    **568.00**

                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Miller, Jeryl Thomas & Bremer, Donna Fae _____ Case No. _____
_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8221**<br>**Prosper Marketplace In**<br>**101 2nd St Fl 15**<br>**San Francisco, CA  94105** | | H | INSTALLMENT ACCOUNT OPENED 11/2014 | | | | **9,247.00** |
| ACCOUNT NO. **8293**<br>**Snap-on Credit Llc**<br>**Po Box 506**<br>**Gurnee, IL  60031** | | H | INSTALLMENT ACCOUNT OPENED 1/2003 | | | | **0.00** |
| ACCOUNT NO. **8316**<br>**Syncb/care Credit**<br>**C/o Po Box 965036**<br>**Orlando, FL  32896** | | H | REVOLVING ACCOUNT OPENED 11/2006 | | | | **0.00** |
| ACCOUNT NO. **5294**<br>**Syncb/care Credit**<br>**C/o Po Box 965036**<br>**Orlando, FL  32896** | | H | REVOLVING ACCOUNT OPENED 9/2011 | | | | **490.00** |
| ACCOUNT NO. **8317**<br>**Syncb/lowes Pc**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | H | CREDITLINE ACCOUNT OPENED 8/2007 | | | | **0.00** |
| ACCOUNT NO. **3458**<br>**Syncb/pep Boys**<br>**C/o Po Box 965036**<br>**Orlando, FL  32896** | | H | REVOLVING ACCOUNT OPENED 6/2012 | | | | **0.00** |
| ACCOUNT NO. **5789**<br>**Syncb/sams Club**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | H | REVOLVING ACCOUNT OPENED 4/2014 | | | | **509.00** |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,246.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Miller, Jeryl Thomas & Bremer, Donna Fae**          Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4197** <br> **Syncb/sams Club Dc** <br> **Po Box 965005** <br> **Orlando, FL 32896** | | H | REVOLVING ACCOUNT OPENED 9/2014 | | | | 5,405.00 |
| ACCOUNT NO. **9535** <br> **Syncb/walmart** <br> **Po Box 965024** <br> **Orlando, FL 32896** | | H | REVOLVING ACCOUNT OPENED 1/2014 | | | | 2,642.00 |
| ACCOUNT NO. **5182** <br> **Td Auto Finance** <br> **27777 Franklin Rd** <br> **Farmington Hills, MI 48334** | | H | INSTALLMENT ACCOUNT OPENED 7/2013 | | | | 0.00 |
| ACCOUNT NO. **6573** <br> **Thd/cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | H | REVOLVING ACCOUNT OPENED 10/2014 | | | | 0.00 |
| ACCOUNT NO. **9301** <br> **Thd/cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | H | REVOLVING ACCOUNT OPENED 8/2014 | | | | 0.00 |
| ACCOUNT NO. **5292** <br> **Thd/cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | H | REVOLVING ACCOUNT OPENED 5/2013 | | | | 2,281.00 |
| ACCOUNT NO. **1145** <br> **Thd/cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | H | REVOLVING ACCOUNT OPENED 11/2014 | | | | 1,081.00 |

Sheet no. ___**5**___ of ___**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,409.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F)(12/07) - Cont.

IN RE <u>Miller, Jeryl Thomas & Bremer, Donna Fae</u>                    Case No. _____
                         Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1120** <br><br> **Transworld Sys Inc/33** <br> **507 Prudential Rd** <br> **Horsham, PA  19044** | | W | OPEN ACCOUNT OPENED 6/2015 | | | | 131.00 |
| ACCOUNT NO. <br><br> **CareCentrix Inc.** <br> **PO Box 277947** <br> **Atlanta, GA  30384-7947** | | | Assignee or other notification for: <br> **Transworld Sys Inc/33** | | | | |
| ACCOUNT NO. **1499** <br><br> **Unipath Lab 1** <br> **PO Box 1907** <br> **Greenville, TX  75403-1907** | | W | 3/15 -4/15 medical | | | | 64.56 |
| ACCOUNT NO. **1176** <br><br> **University Physcians Inc** <br> **13199 E Montview Blvd** <br> **Aurora, CO  80045-7202** | | W | 3/15 medical | | | | 305.01 |
| ACCOUNT NO. **sxva** <br><br> **Wakefield & Assoc** <br> **10800 E Bethany Dr Ste 4** <br> **Aurora, CO  80014** | | W | OPEN ACCOUNT OPENED 10/2010 | | | | 669.00 |
| ACCOUNT NO. <br><br> **University Physicians, Inc** <br> **Dept 1059** <br> **Denver, CO  80256-0001** | | | Assignee or other notification for: <br> **Wakefield & Assoc** | | | | |
| ACCOUNT NO. **9001** <br><br> **Wells Fargo** <br> **Po Box 29704** <br> **Phoenix, AZ  85038** | | H | INSTALLMENT ACCOUNT OPENED 6/2012 | | | | 0.00 |

Sheet no. ____**6**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **1,169.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Miller, Jeryl Thomas & Bremer, Donna Fae** _____ Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6137**<br>**Wells Fargo**<br>**Po Box 14517**<br>**Des Moines, IA  50306** | | H | REVOLVING ACCOUNT OPENED 5/2014 | | | | 0.00 |
| ACCOUNT NO. **0001**<br>**Wells Fargo Bank Nv Na**<br>**Po Box 94435**<br>**Albuquerque, NM  87199** | | H | INSTALLMENT ACCOUNT OPENED 7/2014 | | | | 0.00 |
| ACCOUNT NO. **0001**<br>**Wells Fargo Bank Nv Na**<br>**Po Box 94435**<br>**Albuquerque, NM  87199** | | H | INSTALLMENT ACCOUNT OPENED 10/2014 | | | | 19,320.00 |
| ACCOUNT NO. **9901**<br>**Wffnatbank**<br>**Po Box 94498**<br>**Las Vegas, NV  89193** | | H | REVOLVING ACCOUNT OPENED 7/2014 | | | | 0.00 |
| ACCOUNT NO. **0001**<br>**Wslfrg Nv Na**<br>**Po Box 94435**<br>**Albuquerque, NM  87199** | | H | INSTALLMENT ACCOUNT OPENED 12/2013 | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**7**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **19,320.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **50,901.64**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE **Miller, Jeryl Thomas & Bremer, Donna Fae**                    Case No. _____
_____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE <u>Miller, Jeryl Thomas & Bremer, Donna Fae</u>                           Case No. _____
Debtor(s)                                                                (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1 __Jeryl Thomas Miller__
First Name          Middle Name          Last Name

Debtor 2 __Donna Fae Bremer__
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Colorado

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

**12/13**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | Mechanic Filed Service | Disabled |
| **Employer's name** | Wagner Rents CMC | Social Security |
| **Employer's address** | 5455 Holly St<br>Number   Street | Number   Street |
|  | Commerce City, CO  80022-0000<br>City          State    ZIP Code | City          State    ZIP Code |
| **How long employed there?** | 16 years and 2 months | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5,971.20 | $ 0.00 |
| **3. Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| **4. Calculate gross income.** Add line 2 + line 3. | 4. | $ 5,971.20 | $ 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Jeryl Thomas Miller**
            First Name    Middle Name    Last Name _____ _____ _____          Case number *(if known)*_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ...................................................... ➔ 4. | | $  5,971.20 | $  0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $  1,397.05 | $  0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $  0.00 | $  0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $  0.00 | $  0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $  0.00 | $  0.00 |
| 5e. | Insurance | 5e. | $  0.00 | $  0.00 |
| 5f. | Domestic support obligations | 5f. | $  0.00 | $  0.00 |
| 5g. | Union dues | 5g. | $  0.00 | $  0.00 |
| 5h. | Other deductions. Specify: __See Schedule Attached__ | 5h. | +$  246.00 | + $  0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $  1,643.05 | $  0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $  4,328.15 | $  0.00 |

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  0.00 | $  0.00 |
| 8b. | Interest and dividends | 8b. | $  0.00 | $  0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  0.00 | $  0.00 |
| 8d. | Unemployment compensation | 8d. | $  0.00 | $  0.00 |
| 8e. | Social Security | 8e. | $  0.00 | $  0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: __SSDI__ | 8f. | $  0.00 | $  1,016.00 |
| 8g. | Pension or retirement income | 8g. | $  0.00 | $  0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h. | +$  0.00 | +$  0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $  0.00 | $  1,016.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $  4,328.15  + | $  1,016.00  = $  5,344.15 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____          11. + $  0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $  5,344.15
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain:   __None__

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Miller, Jeryl Thomas & Bremer, Donna Fae</u>                    Case No. _____
                          <small>Debtor(s)</small>

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Dental** | **20.02** | **0.00** |
| **Medical Insurance** | **222.99** | **0.00** |
| **Vision Insurance** | **2.99** | **0.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    <u>Jeryl Thomas Miller</u>
         First Name        Middle Name        Last Name

Debtor 2    <u>Donna Fae Bremer</u>
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Colorado

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

**12/13**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..........................

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- | --- |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
| --- | --- | --- |
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,262.72 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 45.45 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 150.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Jeryl Thomas Miller**

First Name    Middle Name    Last Name    Case number *(if known)*_____

| | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans      5.    $_____0.00_____

6. **Utilities:**

   6a.  Electricity, heat, natural gas      6a.    $_____137.72_____

   6b.  Water, sewer, garbage collection      6b.    $_____104.01_____

   6c.  Telephone, cell phone, Internet, satellite, and cable services      6c.    $_____161.89_____

   6d.  Other. Specify: **See Schedule Attached**      6d.    $_____265.47_____

7. **Food and housekeeping supplies**      7.    $_____556.00_____

8. **Childcare and children's education costs**      8.    $_____0.00_____

9. **Clothing, laundry, and dry cleaning**      9.    $_____162.00_____

10. **Personal care products and services**      10.    $_____60.00_____

11. **Medical and dental expenses**      11.    $_____120.00_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.      12.    $_____472.00_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**      13.    $_____70.00_____

14. **Charitable contributions and religious donations**      14.    $_____0.00_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance      15a.    $_____0.00_____

   15b.  Health insurance      15b.    $_____396.05_____

   15c.  Vehicle insurance      15c.    $_____191.00_____

   15d.  Other insurance. Specify:_____      15d.    $_____0.00_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:  **Federal And State Esrimated Taxes**      16.    $_____997.20_____

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1      17a.    $_____979.80_____

   17b.  Car payments for Vehicle 2      17b.    $_____0.00_____

   17c.  Other. Specify: **See Schedule Attached**      17c.    $_____495.16_____

   17d.  Other. Specify:_____      17d.    $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).**      18.    $_____0.00_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____      19.    $_____0.00_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.  Mortgages on other property      20a.    $_____0.00_____

   20b.  Real estate taxes      20b.    $_____0.00_____

   20c.  Property, homeowner's, or renter's insurance      20c.    $_____0.00_____

   20d.  Maintenance, repair, and upkeep expenses      20d.    $_____0.00_____

   20e.  Homeowner's association or condominium dues      20e.    $_____0.00_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1   **Jeryl Thomas Miller** _____   Case number *(if known)* _____
        First Name        Middle Name        Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

21.  **Other**. Specify: __See Schedule Attached_____    21.  **+$**_____309.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                22.  $_____6,935.47_____

23.  **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____5,344.15_____

    23b.  Copy your monthly expenses from line 22 above.       23b.  **−** $_____6,935.47_____

    23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*           23c.  $_____-1,591.32_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.   **None**

IN RE **Miller, Jeryl Thomas & Bremer, Donna Fae** _____ Case No. _____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities (DEBTOR)
**Cable & Internet**                                                                          **199.47**
**Cleaning Supplies**                                                                          **66.00**

Other Installment Payments (DEBTOR)
**Storage Unit Rent**                                                                          **49.00**
**Artic Cat Atv Payment**                                                                     **290.81**
**Vacant Land Payment**                                                                       **155.35**

Other Expenses (DEBTOR)
**Pet Food And Care**                                                                          **50.00**
**Unexpected Emergencies**                                                                     **50.00**
**Miscellaneous**                                                                             **209.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Miller, Jeryl Thomas & Bremer, Donna Fae _____ Case No. _____
Debtor(s)         (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **27** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 17, 2015** _____ Signature: _*/s/ Jeryl Thomas Miller*_____

**Jeryl Thomas Miller**              Debtor

Date: **November 17, 2015** _____ Signature: _*/s/ Donna Fae Bremer*_____

**Donna Fae Bremer**         (Joint Debtor, if any)
[If joint case, both spouses must sign.]

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form B 201A, Notice to Consumer Debtor(s)                                                                                      Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

      Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

      Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:

Case No. _____

Miller, Jeryl Thomas & Bremer, Donna Fae

Chapter **7** _____

<span style="padding-left:3em">Debtor(s)</span>

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **November 17, 2015** _____   Signature: ***/s/ Jeryl Thomas Miller*** _____

<span style="padding-left:6em">**Jeryl Thomas Miller**</span>

<span style="padding-left:30em">Debtor</span>

Date: **November 17, 2015** _____   Signature: ***/s/ Donna Fae Bremer*** _____

<span style="padding-left:6em">**Donna Fae Bremer**</span>

<span style="padding-left:30em">Joint Debtor, if any</span>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Barclays Bank Delaware
125 S West St
Wilmington, DE  19801


Bby/cbna
50 Northwest Point Road
Elk Grove Village, IL  60007


Bellco Credit Union
7600 E Orchard Rd Ste 40
Greenwood Village, CO  80111


Bellco Credit Union
PO Box 6611
Greenwood Village, CO  80155-6611


Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA  93063


Capital  One N.A.
PO Box 71087
Charlotte, NC  28272-1087


Capital One
Po Box 5253
Carol Stream, IL  60197


Capital One Auto Finan
Po Box 259407
Plano, TX  75025

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA   23238


CareCentrix Inc.
PO Box 277947
Atlanta, GA   30384-7947


Chase Card
Po Box 15298
Wilmington, DE   19850


Citi
701 E 60th St N
Sioux Falls, SD   57104


Colorado Department Of Revenue
Bankruptcy Unit
1375 Sherman St Rm 504
Denver, CO   80203-2246


Credit First N A
6275 Eastland Rd
Brookpark, OH   44142


First Horizon Home Loa
4000 Horizon Way
Irving, TX   75063


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD   57107

```
Freedom Road Financial
10605 Double R Blv
Reno, NV  89521


Freedom Road Financial
10509 Professional Cir Ste 202
Reno, NV  89521-4884


Internal Revenue Service
Centeralized Insolvency Operations
PO Box 21126
Philadelphia, PA  19114-0326


Internal Revenue Service
1999 Broadway
Denver, CO  80202


Jared-galleria Of Jwlr
375 Ghent Rd
Fairlawn, OH  44333


Matco Tools
4403 Allen Rd
Stow, OH  44224


Metlife Home Loan
4000 Horizan Way
Irving, TX  75063


Midland Mtg/midfirst
999 Nw Grand Blvd
Oklahoma City, OK  73118
```

Nation Star Mortgage
PO Box 650783
Dallas, TX  75265-0783


Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX  75067


Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA  23502


Prosper Marketplace In
101 2nd St Fl 15
San Francisco, CA  94105


Radius Management Corp
PO Box 872590
Vancouver, WA  98687-2590


Radius Management Corp
1498 SE Tech Center Pl Ste 230
Vancouver, WA  98683-5508


Snap-on Credit Llc
Po Box 506
Gurnee, IL  60031


Syncb/care Credit
C/o Po Box 965036
Orlando, FL  32896

```
Syncb/lowes Pc
Po Box 965005
Orlando, FL   32896


Syncb/pep Boys
C/o Po Box 965036
Orlando, FL   32896


Syncb/sams Club
Po Box 965005
Orlando, FL   32896


Syncb/sams Club Dc
Po Box 965005
Orlando, FL   32896


Syncb/walmart
Po Box 965024
Orlando, FL   32896


Td Auto Finance
27777 Franklin Rd
Farmington Hills, MI   48334


Thd/cbna
Po Box 6497
Sioux Falls, SD   57117


Transworld Sys Inc/33
507 Prudential Rd
Horsham, PA   19044
```

```
Unipath Lab 1
PO Box 1907
Greenville, TX   75403-1907


University Physcians Inc
13199 E Montview Blvd
Aurora, CO   80045-7202


University Physicians, Inc
Dept 1059
Denver, CO   80256-0001


Wakefield & Assoc
10800 E Bethany Dr Ste 4
Aurora, CO   80014


Wells Fargo
Po Box 29704
Phoenix, AZ   85038


Wells Fargo
Po Box 14517
Des Moines, IA   50306


Wells Fargo Bank Nv Na
Po Box 94435
Albuquerque, NM   87199


Wffnatbank
Po Box 94498
Las Vegas, NV   89193
```

```
Wslfrg Nv Na
Po Box 94435
Albuquerque, NM  87199
```

© 1993-2013 EZ-filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1    **Jeryl Thomas Miller**
First Name      Middle Name      Last Name

Debtor 2    **Donna Fae Bremer**
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **District of Colorado**

Case number _____
(If known)

**Check the appropriate box as directed in lines 40 or 42:**

According to the calculations required by this Statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

Official Form 22A–2

# Chapter 7 Means Test Calculation

12/14

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

## Part 1: Determine Your Adjusted Income

1. **Copy your total current monthly income.** ....................................Copy line 11 from Official Form 22A-1 here ➤ ..............1.    $ **6,430.52**

2. **Did you fill out Column B in Part 1 of Form 22A–1?**

   ☑ No. Fill in $0 on line 3d.

   ☐ Yes. Is your spouse filing with you?

       ☐ No. Go to line 3.

       ☑ Yes. Fill in $0 on line 3d.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 22A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☑ No. Fill in 0 on line 3d.

   ☐ Yes. Fill in the information below:

   | State each purpose for which the income was used<br>For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | Fill in the amount you are subtracting from your spouse's income |
   |---|---|
   | 3a. _____ | $_____ |
   | 3b. _____ | $_____ |
   | 3c. _____ | + $_____ |

   3d. **Total.** Add lines 3a, 3b, and 3c. ................................... $_____**0.00**    Copy total here ➤ ........3d.   — $_____**0.00**

4. **Adjust your current monthly income.** Subtract line 3d from line 1.

   $ **6,430.52**

---

| Debtor 1 | **Jeryl Thomas Miller** | | Case number (*if known*)_____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| **Part 2:** | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 22A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 22A–1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   | 2 |
   |---|

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.       $ __1,092.00__

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

   **People who are under 65 years of age**

   7a. Out-of-pocket health care allowance per person    $ _____60.00

   7b. Number of people who are under 65    X ___2

   7c. **Subtotal.** Multiply line 7a by line 7b.    $ ___120.00    Copy line 7c here ➔ .......    $ ___120.00

   **People who are 65 years of age or older**

   7d. Out-of-pocket health care allowance per person    $ _____144.00

   7e. Number of people who are 65 or older    X ___0

   7f. **Subtotal.** Multiply line 7d by line 7e.    $ _____0.00    Copy line 7f here ➔ ...... + $ _____0.00

   7g. **Total.** Add lines 7c and 7f ......................................................................    $ ___120.00    Copy total here ➔ ..................7g.    $ ___120.00

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Jeryl Thomas Miller** _____      Case number *(if known)*_____

First Name     Middle Name      Last Name

---

| **Local Standards** | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- **Housing and utilities – Insurance and operating expenses**
- **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.     $_____ **482.00**

9. **Housing and utilities – Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.     9a. $___ **1,369.00**

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

       To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **Nationstar Mortgage LI**_____ | $ **1,262.72** |
| _____ | $_____ |
| _____ | + $_____ |

              9b. Total average monthly payment    $ **1,262.72**   Copy line 9b here ➜   – $ **1,262.72**   Repeat this amount on line 33a.

   9c. Net mortgage or rent expense.
Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0.    9c. $ **106.28**   Copy line 9c here ➜   $_____ **106.28**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**     $_____ **0.00**

   Explain why:

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

   ☐ 0. Go to line 14.
   ☐ 1. Go to line 12.
   ☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.     $_____ **472.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Jeryl Thomas Miller** _____      Case number (if known)_____
<br>First Name      Middle Name      Last Name

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| **Vehicle 1** | **Describe Vehicle 1:** | **INSTALLMENT ACCOUNT OPENED 12/2014 - 201** |
|---|---|---|

13a. Ownership or leasing costs using IRS Local Standard      13a.    $ _____ **517.00**

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **Bellco Credit Union** | $ _____ 1,011.30 |

Copy 13b here ➤ — $ _____ 1,011.30    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this amount is less than $0, enter $0.    13c.    $ _____ 0.00    Copy net Vehicle 1 expense here ..... ➤    $ _____ 0.00

| **Vehicle 2** | **Describe Vehicle 2:** | |
|---|---|---|

13d. Ownership or leasing costs using IRS Local Standard      13d.    $ _____ **517.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| | $ _____ 0.00 |

Copy 13e here ➤ — $ _____ 0.00    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this amount is less than $0, enter $0.    13f.    $ _____ 517.00    Copy net Vehicle 2 expense here..... ➤    $ _____ 517.00

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the _Public Transportation_ expense allowance regardless of whether you use public transportation.      $ _____ 0.00

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for _Public Transportation_.      $ _____ 0.00

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1   **Jeryl Thomas Miller**_____   Case number (if known)_____
   First Name   Middle Name   Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

   Do not include real estate, sales, or use taxes.                                                                                    $ 1,504.52

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

   Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.               $ 0.00

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.   $ 0.00

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

   Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.           $ 0.00

20. **Education:** The total monthly amount that you pay for education that is either required:
   ▪ as a condition for your job, or
   ▪ for your physically or mentally challenged dependent child if no public education is available for similar services.              $ 0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

   Do not include payments for any elementary or secondary school education.                                                          $ 0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
   Payments for health insurance or health savings accounts should be listed only in line 25.                                          $ 0.00

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.                                                                                              + $ 0.00

   Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**
   Add lines 6 through 23.                                                                                          | $4,293.80 |

Debtor 1    **Jeryl Thomas Miller**_____     Case number *(if known)*_____
     First Name    Middle Name     Last Name

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $_____240.15 | |
| Disability insurance | $_____0.00 | |
| Health savings account | + $_____0.00 | |
| Total | $_____240.15 | Copy total here ➔ .................................    $__240.15 |

Do you actually spend this total amount?

☐ No. How much do you actually spend?      $_____0.00
☑ Yes

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.      $_____0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.      $_____0.00

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.      $_____0.00

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.      $_____0.00

\* Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.      $_____0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).      $_____0.00

32. **Add all of the additional expense deductions.**      $ **240.15**
Add lines 25 through 31.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Debtor 1 | Jeryl Thomas Miller | Case number *(if known)* |
|---|---|---|
| | First Name    Middle Name    Last Name | |

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  |  | Average monthly payment |
|---|---|---|
| | Mortgages on your home: | |
| 33a. | Copy line 9b here ..................................................................➔ | $ 1,262.72 |
| | Loans on your first two vehicles: | |
| 33b. | Copy line 13b here. ...............................................................➔ | $ 1,011.30 |
| 33c. | Copy line 13e here. ...............................................................➔ | $ 0.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| 33d. Bellco Credit Union | Automobile (1) | ☑ No ☐ Yes | $ 1,011.30 |
| 33e. Freedom Road Financial | RV | ☑ No ☐ Yes | $ 227.38 |
| 33f. See Continuation Sheet | | ☐ No ☐ Yes | + $ 1,331.53 |

| 33g. Total average monthly payment. Add lines 33a through 33f.............. | $ 2,570.21 | Copy total here ➔ | $ 2,570.21 |
|---|---|---|---|

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ☑ No.  Go to line 35.
    ☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $ _____ | ÷ 60 = | $ _____ |
| _____ | _____ | $ _____ | ÷ 60 = | $ _____ |
| _____ | _____ | $ _____ | ÷ 60 = | + $ _____ |
| | | Total | $ 0.00 | Copy total here ➔   $ 0.00 |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case? 11 U.S.C. § 507.**

    ☑ No.  Go to line 36.
    ☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

    Total amount of all past-due priority claims.............................................  $ 0.00  ÷ 60 =  $ 0.00

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Jeryl Thomas Miller**_____   Case number *(if known)*_____
           First Name    Middle Name        Last Name

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
    For more information, go online using the link for *Bankruptcy Basics* specified in the separate
    instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

    ☑ No.  Go to line 37.
    ☐ Yes. Fill in the following information.

       Projected monthly plan payment if you were filing under Chapter 13     $_____

       Current multiplier for your district as stated on the list issued by the
       Administrative Office of the United States Courts (for districts in Alabama and
       North Carolina) or by the Executive Office for United States Trustees (for all    x _____
       other districts).

       To find a list of district multipliers that includes your district, go online using the
       link specified in the separate instructions for this form. This list may also be
       available at the bankruptcy clerk's office.

       Average monthly administrative expense if you were filing under Chapter 13    $_____ **Copy total here ➔**    $_____

37. **Add all of the deductions for debt payment.**
    Add lines 33g through 36.                                          **$ 2,570.21**

---

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS*
*expense allowances*..............................................................    $_____ **4,293.80**

Copy line 32, *All of the additional expense deductions*.........    $_____ **240.15**

Copy line 37, *All of the deductions for debt payment*............ **+** $_____ **2,570.21**

Total deductions               $_____ **7,104.16**   **Copy total here ➔**    $ **7,104.16**

| Part 3: | Determine Whether There Is a Presumption of Abuse |
| --- | --- |

39. **Calculate monthly disposable income for 60 months**

   39a.  Copy line 4, *adjusted current monthly income*.....    $_____ **6,430.52**

   39b.  Copy line 38, *Total deductions*.........    **−** $_____ **7,104.16**

   39c.  Monthly disposable income. 11 U.S.C. § 707(b)(2).    $_____ **0.00**   **Copy line 39c here ➔**    $_____ **0.00**
       Subtract line 39b from line 39a.

       For the next 60 months (5 years) ...........................................................................    x 60

   39d.  **Total**. Multiply line 39c by 60. .......................................................... 39d.    $_____ **0.00**   **Copy line 39d here ➔**    $_____ **0.00**

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

   ☑ **The line 39d is less than $7,475\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go
       to Part 5.

   ☐ **The line 39d is more than $12,475\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You
       may fill out Part 4 if you claim special circumstances. Then go to Part 5.

   ☐ **The line 39d is at least $7,475\*, but not more than $12,475\*.** Go to line 41.

     \* Subject to adjustment on 4/01/16, and every 3 years after that for cases filed on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1    **Jeryl Thomas Miller**_____    Case number (*if known*)_____

First Name    Middle Name    Last Name

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

41.  41a.  **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 6), you may refer to line 5 on that form.

41a.  $_____

x  .25

    41b.  **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I)
Multiply line 41a by 0.25.

$_____  **Copy here ➡**  $_____

42.  **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**

Check the box that applies:

☐  **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐  **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

## Part 4:  Give Details About Special Circumstances

43.  **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☑  No.  Go to Part 5.

☐  Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

## Part 5:  Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ **/s/ Jeryl Thomas Miller**_____    ✖ **/s/ Donna Fae Bremer**_____
Signature of Debtor 1                                Signature of Debtor 2

Date **November 17, 2015**             Date **November 17, 2015**
MM / DD   / YYYY                          MM / DD   / YYYY

**IN RE** **Miller, Jeryl Thomas & Bremer, Donna Fae** _____ Case No. _____

Debtor(s)

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
### Continuation Sheet - Future payments on secured claims

| Name of Creditor | Property Securing the Debt | 60-month Average Pmt | Does payment include taxes or insurance? |
|---|---|---|---|
| **Nationstar Mortgage LI** | **Residence** | **1,262.72** | **No** |
| **Radius Management Corp** | **Vacant Land** | **68.81** | **No** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B)(12/09)

### United States Bankruptcy Court
### District of Colorado

**IN RE:**                                   Case No. _____

**Miller, Jeryl Thomas & Bremer, Donna Fae** _____   Chapter **7** _____
Debtor(s)

### CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
### UNDER § 342(b) OF THE BANKRUPTCY CODE

#### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    _____
Printed Name and title, if any, of Bankruptcy Petition Preparer    Social Security number (If the bankruptcy
Address:                                         petition preparer is not an individual, state
_____    the Social Security number of the officer,
_____    principal, responsible person, or partner of
                                                the bankruptcy petition preparer.)
**X** _____    (Required by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

#### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Miller, Jeryl Thomas & Bremer, Donna Fae** _____    **X** */s/ Jeryl Thomas Miller*            **11/17/2015**
Printed Name(s) of Debtor(s)                             Signature of Debtor                           Date

Case No. (if known) _____    **X** */s/ Donna Fae Bremer*             **11/17/2015**
                                                 Signature of Joint Debtor (if any)                 Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Local Bankruptcy Form 1007-6.1

# United States Bankruptcy Court
## District of Colorado

In re   __Miller, Jeryl Thomas & Bremer, Donna Fae__ ,   Case No. _____

Debtor   Chapter   **7**

## STATEMENT UNDER PENALTY OF PERJURY
## CONCERNING PAYMENT ADVICES

I*, __Bremer, Donna Fae__ , state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

☐ I was not employed during the period immediately preceding the filing of the above-referenced case,   *(insert dates that you were not employed )*;

☐ I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

☐ I am self-employed and do not receive any evidence of payment from an employer;

☒ Other (please provide explanation):I receive Social Security Disability Income;

I declare under penalty of perjury that the foregoing statement is true and correct

Dated: __September 23, 2015__   By:   */s/ Donna Fae Bremer*

Signature of debtor

**Donna Fae Bremer**

Printed name of debtor

**4544 Andes St**
**Denver, CO  80249-7277**

Home Address

Telephone number

Facsimile number

E-mail address   **dfbme@yahoo.com**

*A separate form must be signed for each debtor

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 10/18/2015 |
| Period End Date | 10/24/2015 |
| Pay Date | 10/30/2015 |
| Document | 87416 |
| Net Pay | $937.94 |

### Pay Details

Jeryl T. Miller
4544 Andes St
Denver, CO 80249
USA

| | |
|---|---|
| Employee Number | 9728 |
| SSN | xxx-xx-xxxx |
| Job | Mechanic Field Service |
| Pay Rate | $21.11 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | WR Weekly |
| Location | WR Commerce City |
| Bus. Unit | WRI - Wagner Rents |
| Store | CMC - WR Commerce City |
| Cost Center | 000 - None-rents |
| Element 4 | |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 40.0000 | $21.1100 | $844.40 | $32,187.58 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $3,348.32 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $998.64 |
| On Call Pay | 0.0000 | $0.0000 | $0.00 | $1,170.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 14.2000 | $31.6650 | $449.64 | $21,684.95 |

**Total Hours** 54.2000

### Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| Cigna Dental | Yes | $4.62 | $203.28 |
| Medical-Cigna | Yes | $51.46 | $2,264.24 |
| Vision VSP | Yes | $0.69 | $30.36 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $45.00 | $2,123.00 |
| Employee Medicare | $17.94 | $840.41 |
| Federal Income Tax | $159.68 | $7,920.48 |
| Social Security Employee Tax | $76.71 | $3,593.47 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $937.94 |
| Total | | $937.94 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,294.04 | $1,237.27 | $299.33 | $56.77 | $937.94 |
| YTD | $61,057.05 | $57,959.17 | $14,477.36 | $2,497.88 | $44,081.81 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| Pay Statement | |
|---|---|
| Period Start Date | 10/11/2015 |
| Period End Date | 10/17/2015 |
| Pay Date | 10/23/2015 |
| Document | 87205 |
| Net Pay | $1,008.71 |

### Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Jeryl T. Miller | Employee Number | 9728 | Pay Group | WRWeekly | Federal Income Tax S3 |
| 4544 Andes St | SSN | xxx-xx-xxxx | Location | WR Commerce City | CO State Income Tax (Residence)S3 |
| Denver, CO 80249 | Job | Mechanic Field Service | Bus. Unit | WRI - Wagner Rents | CO State Income Tax (Work) S3 |
| USA | Pay Rate | $21.11 | Store | CMC - WR Commerce City | |
| | Pay Frequency | Weekly | Cost Center | 000 - None-rents | |
| | | | Element 4 | | |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 40.0000 | $21.1100 | $844.40 | $31,343.18 |
| Double Time | 0.0000 | $0.0000 | $0.00 | .$73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $3,348.32 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $998.64 |
| On Call Pay | 1.0000 | $65.0000 | $65.00 | $1,170.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 15.7000 | $31.6650 | $497.14 | $21,235.31 |

**Total Hours** 56.7000

### Deductions

| Deduction | Pre-Tax | Employee | |
|---|---|---|---|
| | | Current | YTD |
| Cigna Dental | Yes | $4.62 | $198.66 |
| Medical-Cigna | Yes | $51.46 | $2,212.78 |
| Vision VSP | Yes | $0.69 | $29.67 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $50.00 | $2,078.00 |
| Employee Medicare | $19.57 | $822.47 |
| Federal Income Tax | $187.80 | $7,760.80 |
| Social Security Employee Tax | $83.69 | $3,516.76 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $1,008.71 |
| Total | | $1,008.71 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,406.54 | $1,349.77 | $341.06 | $56.77 | $1,008.71 |
| YTD | $59,763.01 | $56,721.90 | $14,178.03 | $2,441.11 | $43,143.87 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 10/04/2015 |
| Period End Date | 10/10/2015 |
| Pay Date | 10/16/2015 |
| Document | 87037 |
| Net Pay | $1,006.57 |

### Pay Details

| | | |
|---|---|---|
| Jeryl T. Miller | **Employee Number** | 9728 |
| 4544 Andes St | **SSN** | xxx-xx-xxxx |
| Denver, CO 80249 | **Job** | Mechanic Field Service |
| USA | **Pay Rate** | $21.11 |
| | **Pay Frequency** | Weekly |

| | |
|---|---|
| **Pay Group** | WRWeekly |
| **Location** | WR Commerce City |
| **Bus. Unit** | WRI – Wagner Rents |
| **Store** | CMC – WR Commerce City |
| **Cost Center** | 000 – None-rents |
| **Element 4** | |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 40.0000 | $21.1100 | $844.40 | $30,498.78 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $3,348.32 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $998.64 |
| On Call Pay | 1.0000 | $65.0000 | $65.00 | $1,105.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 15.6000 | $31.6650 | $493.97 | $20,738.17 |

Total Hours   56.6000

### Deductions

| Deduction | Pre-Tax | Employee Current | YTD |
|---|---|---|---|
| Cigna Dental | Yes | $4.62 | $194.04 |
| Medical-Cigna | Yes | $51.46 | $2,161.32 |
| Vision VSP | Yes | $0.69 | $28.98 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $50.00 | $2,028.00 |
| Employee Medicare | $19.53 | $802.90 |
| Federal Income Tax | $187.01 | $7,573.00 |
| Social Security Employee Tax | $83.49 | $3,433.07 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $1,006.57 |
| Total | | $1,006.57 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,403.37 | $1,346.60 | $340.03 | $56.77 | $1,006.57 |
| YTD | $58,356.47 | $55,372.13 | $13,836.97 | $2,384.34 | $42,135.16 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| Pay Statement | |
|---|---|
| Period Start Date | 09/27/2015 |
| Period End Date | 10/03/2015 |
| Pay Date | 10/09/2015 |
| Document | 86820 |
| Net Pay | $1,019.38 |

### Pay Details

| | | | | |
|---|---|---|---|---|
| Jeryl T. Miller | Employee Number | 9728 | Pay Group | WRWeekly |
| 4544 Andes St | SSN | xxx-xx-xxxx | Location | WR Commerce City |
| Denver, CO 80249 | Job | Mechanic Field Service | Bus. Unit | WRI - Wagner Rents |
| USA | Pay Rate | $21.11 | Store | CMC - WR Commerce City |
| | Pay Frequency | Weekly | Cost Center | 000 - None-rents |
| | | | Element 4 | |

Federal Income Tax S3
CO State Income Tax (Residence)S3
CO State Income Tax (Work) S3

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 24.0000 | $21.1100 | $506.64 | $29,654.38 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 16.0000 | $21.1100 | $337.76 | $3,348.32 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $998.64 |
| On Call Pay | 0.0000 | $0.0000 | $0.00 | $1,040.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 18.3000 | $31.6650 | $579.47 | $20,244.20 |

Total Hours 58.3000

### Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| Cigna Dental | Yes | $4.62 | $189.42 |
| Medical-Cigna | Yes | $51.46 | $2,109.86 |
| Vision VSP | Yes | $0.69 | $28.29 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $51.00 | $1,978.00 |
| Employee Medicare | $19.82 | $783.37 |
| Federal Income Tax | $192.14 | $7,385.99 |
| Social Security Employee Tax | $84.76 | $3,349.58 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $1,019.38 |
| Total | | $1,019.38 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,423.87 | $1,367.10 | $347.72 | $56.77 | $1,019.38 |
| YTD | $56,953.10 | $54,025.53 | $13,496.94 | $2,327.57 | $41,128.59 |

*Originally printed in English*

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| Pay Statement | |
|---|---|
| Period Start Date | 09/20/2015 |
| Period End Date | 09/26/2015 |
| Pay Date | 10/02/2015 |
| Document | 86648 |
| Net Pay | $972.19 |

## Pay Details

Jeryl T. Miller
4544 Andes St
Denver, CO 80249
USA

| | |
|---|---|
| Employee Number | 9728 |
| SSN | xxx-xx-xxxx |
| Job | Mechanic Field Service |
| Pay Rate | $21.11 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | WR Weekly |
| Location | WR Commerce City |
| Bus. Unit | WRI - Wagner Rents |
| Store | CMC - WR Commerce City |
| Cost Center | 000 - None-rents |
| Element 4 | |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 40.0000 | $21.1100 | $844.40 | $29,147.74 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $3,010.56 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $998.64 |
| On Call Pay | 0.0000 | $0.0000 | $0.00 | $1,040.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 15.9000 | $31.6650 | $503.47 | $19,664.73 |

Total Hours   55.9000

## Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| Cigna Dental | Yes | $4.62 | $184.80 |
| Medical-Cigna | Yes | $51.46 | $2,058.40 |
| Vision VSP | Yes | $0.69 | $27.60 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $47.00 | $1,927.00 |
| Employee Medicare | $18.72 | $763.55 |
| Federal Income Tax | $173.14 | $7,193.85 |
| Social Security Employee Tax | $80.05 | $3,264.82 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $972.19 |
| Total | | $972.19 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,347.87 | $1,291.10 | $318.91 | $56.77 | $972.19 |
| YTD | $55,529.23 | $52,658.43 | $13,149.22 | $2,270.80 | $40,109.21 |

*Originally printed in English*

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 08/23/2015 |
| Period End Date | 08/29/2015 |
| Pay Date | 09/04/2015 |
| Document | 85896 |
| Net Pay | $980.85 |

## Pay Details

Jeryl T. Miller
4544 Andes St
Denver, CO 80249
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 9728 | Pay Group | WRWeekly | |
| SSN | 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 | Location | WR Commerce City | |
| Job | Mechanic Field Service | Bus. Unit | WRI - Wagner Rents | |
| Pay Rate | $21.11 | Store | CMC - WR Commerce City | |
| Pay Frequency | Weekly | Cost Center | 000 - None-rents | |
| | | Element 4 | | |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 32.0000 | $21.1100 | $675.52 | $26,107.90 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 8.0000 | $21.1100 | $168.88 | $2,841.68 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $829.76 |
| On Call Pay | 1.0000 | $65.0000 | $65.00 | $975.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 14.3000 | $31.6650 | $452.81 | $17,701.50 |

**Total Hours** 55.3000

## Deductions

| Deduction | Pre-Tax | Employee Current | YTD |
|---|---|---|---|
| Cigna Dental | Yes | $4.62 | $166.32 |
| Medical-Cigna | Yes | $51.46 | $1,852.56 |
| Vision VSP | Yes | $0.69 | $24.84 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $48.00 | $1,739.00 |
| Employee Medicare | $18.93 | $688.46 |
| Federal Income Tax | $176.72 | $6,497.72 |
| Social Security Employee Tax | $80.94 | $2,943.74 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $980.85 |
| Total | | $980.85 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,362.21 | $1,305.44 | $324.59 | $56.77 | $980.85 |
| YTD | $50,123.40 | $47,479.68 | $11,868.92 | $2,043.72 | $36,210.76 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 08/30/2015 |
| Period End Date | 09/05/2015 |
| Pay Date | 09/11/2015 |
| Document | 86059 |
| Net Pay | $1,005.45 |

### Pay Details

| | | |
|---|---|---|
| Jeryl T. Miller | **Employee Number** | 9728 |
| 4544 Andes St | **SSN** | 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 |
| Denver, CO 80249 | **Job** | Mechanic Field Service |
| USA | **Pay Rate** | $21.11 |
| | **Pay Frequency** | Weekly |

| | |
|---|---|
| **Pay Group** | WR Weekly |
| **Location** | WR Commerce City |
| **Bus. Unit** | WRI – Wagner Rents |
| **Store** | CMC – WR Commerce City |
| **Cost Center** | 000 – None-rents |
| **Element 4** | |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 32.0000 | $21.1100 | $675.52 | $26,783.42 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 8.0000 | $21.1100 | $168.88 | $3,010.56 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $829.76 |
| On Call Pay | 1.0000 | $65.0000 | $65.00 | $1,040.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 15.5000 | $31.6650 | $490.81 | $18,192.31 |

**Total Hours** 56.5000

### Deductions

| Deduction | Pre-Tax | Employee Current | YTD |
|---|---|---|---|
| Cigna Dental | Yes | $4.62 | $170.94 |
| Medical-Cigna | Yes | $51.46 | $1,904.02 |
| Vision VSP | Yes | $0.69 | $25.53 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $49.00 | $1,788.00 |
| Employee Medicare | $19.48 | $707.94 |
| Federal Income Tax | $186.22 | $6,683.94 |
| Social Security Employee Tax | $83.29 | $3,027.03 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $1,005.45 |
| Total | | $1,005.45 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,400.21 | $1,343.44 | $337.99 | $56.77 | $1,005.45 |
| YTD | $51,523.61 | $48,823.12 | $12,206.91 | $2,100.49 | $37,216.21 |

*Originally printed in English*

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| Pay Statement | |
|---|---|
| Period Start Date | 09/06/2015 |
| Period End Date | 09/12/2015 |
| Pay Date | 09/18/2015 |
| Document | 86268 |
| Net Pay | $890.77 |

## Pay Details

Jeryl T. Miller
4544 Andes St
Denver, CO 80249
USA

| | |
|---|---|
| Employee Number | 9728 |
| SSN | 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 |
| Job | Mechanic Field Service |
| Pay Rate | $21.11 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | WRWeekly |
| Location | WR Commerce City |
| Bus. Unit | WRI - Wagner Rents |
| Store | CMC - WR Commerce City |
| Cost Center | 000 - None-rents |
| Element 4 | |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 32.0000 | $21.1100 | $675.52 | $27,458.94 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $3,010.56 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 8.0000 | $21.1100 | $168.88 | $998.64 |
| On Call Pay | 0.0000 | $0.0000 | $0.00 | $1,040.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 11.8000 | $31.6650 | $373.65 | $18,565.96 |

Total Hours    51.8000

## Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| Cigna Dental | Yes | $4.62 | $175.56 |
| Medical-Cigna | Yes | $51.46 | $1,955.48 |
| Vision VSP | Yes | $0.69 | $26.22 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $41.00 | $1,829.00 |
| Employee Medicare | $16.83 | $724.77 |
| Federal Income Tax | $140.68 | $6,824.62 |
| Social Security Employee Tax | $72.00 | $3,099.03 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $890.77 |
| Total | | $890.77 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,218.05 | $1,161.28 | $270.51 | $56.77 | $890.77 |
| YTD | $52,741.66 | $49,984.40 | $12,477.42 | $2,157.26 | $38,106.98 |

*Originally printed in English*

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER  CAT**

18000 Smith Road
Aurora, CO 80011

| Pay Statement | |
|---|---|
| Period Start Date | 09/13/2015 |
| Period End Date | 09/19/2015 |
| Pay Date | 09/25/2015 |
| Document | 86433 |
| Net Pay | $1,030.04 |

## Pay Details

Jeryl T. Miller
4544 Andes St
Denver, CO 80249
USA

| | |
|---|---|
| Employee Number | 9728 |
| SSN | 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 |
| Job | Mechanic Field Service |
| Pay Rate | $21.11 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | WRWeekly |
| Location | WR Commerce City |
| Bus. Unit | WRI - Wagner Rents |
| Store | CMC - WR Commerce City |
| Cost Center | 000 - None-rents |
| Element 4 | |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 40.0000 | $21.1100 | $844.40 | $28,303.34 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $3,010.56 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $998.64 |
| On Call Pay | 0.0000 | $0.0000 | $0.00 | $1,040.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 18.8000 | $31.6650 | $595.30 | $19,161.26 |

Total Hours    58.8000

## Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| Cigna Dental | Yes | $4.62 | $180.18 |
| Medical-Cigna | Yes | $51.46 | $2,006.94 |
| Vision VSP | Yes | $0.69 | $26.91 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $51.00 | $1,880.00 |
| Employee Medicare | $20.06 | $744.83 |
| Federal Income Tax | $196.09 | $7,020.71 |
| Social Security Employee Tax | $85.74 | $3,184.77 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $1,030.04 |
| Total | | $1,030.04 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,439.70 | $1,382.93 | $352.89 | $56.77 | $1,030.04 |
| YTD | $54,181.36 | $51,367.33 | $12,830.31 | $2,214.03 | $39,137.02 |

*Originally printed in English*

## Current Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**JJ WAGNER  CAT**

18000 Smith Road
Aurora, CO 80011

| | |
|---|---|
| **Pay Statement** | |
| **Period Start Date** | 08/16/2015 |
| **Period End Date** | 08/22/2015 |
| **Pay Date** | 08/28/2015 |
| **Document** | 85688 |
| **Net Pay** | $908.95 |

### Pay Details

| | | |
|---|---|---|
| Jeryl T. Miller | | |
| 4544 Andes St | **Employee Number** | 9728 |
| Denver, CO 80249 | **SSN** | xxx-xx-4743 |
| USA | **Job** | Mechanic Field Service |
| | **Pay Rate** | $21.11 |
| | **Pay Frequency** | Weekly |

| | |
|---|---|
| **Pay Group** | WRWeekly |
| **Location** | WR Commerce City |
| **Bus. Unit** | WRI - Wagner Rents |
| **Store** | CMC - WR Commerce City |
| **Cost Center** | 000 - None-rents |
| **Element 4** | |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 40.0000 | $21.1100 | $844.40 | $25,432.38 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $2,672.80 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $829.76 |
| On Call Pay | 0.0000 | $0.0000 | $0.00 | $910.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 12.7000 | $31.6650 | $402.15 | $17,248.69 |

| | |
|---|---|
| **Total Hours** | 52.7000 |

### Deductions

| Deduction | Pre-Tax | Employee Current | YTD |
|---|---|---|---|
| Cigna Dental | Yes | $4.62 | $161.70 |
| Medical-Cigna | Yes | $51.46 | $1,801.10 |
| Vision VSP | Yes | $0.69 | $24.15 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $42.00 | $1,691.00 |
| Employee Medicare | $17.26 | $669.53 |
| Federal Income Tax | $147.81 | $6,321.00 |
| Social Security Employee Tax | $73.76 | $2,862.80 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $908.95 |
| Total | | $908.95 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,246.55 | $1,189.78 | $280.83 | $56.77 | $908.95 |
| YTD | $48,761.19 | $46,174.24 | $11,544.33 | $1,986.95 | $35,229.91 |

*Originally printed in English*

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 08/09/2015 |
| Period End Date | 08/15/2015 |
| Pay Date | 08/21/2015 |
| Document | 85520 |
| Net Pay | $940.08 |

## Pay Details

| | | | |
|---|---|---|---|
| Jeryl T. Miller | **Employee Number** | 9728 | **Pay Group** WRWeekly |
| 4544 Andes St | **SSN** | xxx-xx-4743 | **Location** WR Commerce City |
| Denver, CO 80249 | **Job** | Mechanic Field Service | **Bus. Unit** WRI - Wagner Rents |
| USA | **Pay Rate** | $21.11 | **Store** CMC - WR Commerce City |
| | **Pay Frequency** | Weekly | **Cost Center** 000 - None-rents |
| | | | **Element 4** |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 32.0000 | $21.1100 | $675.52 | $24,587.98 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 0.0000 | $0.0000 | $0.00 | $2,672.80 |
| Sick Day | 8.0000 | $21.1100 | $168.88 | $332.88 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $829.76 |
| On Call Pay | 0.0000 | $0.0000 | $0.00 | $910.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 14.3000 | $31.6650 | $452.81 | $16,846.54 |

**Total Hours** 54.3000

## Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| Cigna Dental | Yes | $4.62 | $157.08 |
| Medical-Cigna | Yes | $51.46 | $1,749.64 |
| Vision VSP | Yes | $0.69 | $23.46 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $45.00 | $1,649.00 |
| Employee Medicare | $17.98 | $652.27 |
| Federal Income Tax | $160.47 | $6,173.19 |
| Social Security Employee Tax | $76.91 | $2,789.04 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2859 | Checking | $940.08 |
| Total | | $940.08 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | $1,297.21 | $1,240.44 | $300.36 | $56.77 | $940.08 |
| **YTD** | $47,514.64 | $44,984.46 | $11,263.50 | $1,930.18 | $34,320.96 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

| | |
|---|---|
| 18000 Smith Road | **Pay Statement** |
| Aurora, CO 80011 | **Period Start Date** 08/02/2015 |
| | **Period End Date** 08/08/2015 |
| | **Pay Date** 08/14/2015 |
| | **Document** 85353 |
| | **Net Pay** $799.65 |

### Pay Details

| | | |
|---|---|---|
| Jeryl T. Miller | **Employee Number** 9728 | **Pay Group** WRWeekly |
| 4544 Andes St | **SSN** xxx-xx-4743 | **Location** WR Commerce City |
| Denver, CO 80249 | **Job** Mechanic Field Service | **Bus. Unit** WRI - Wagner Rents |
| USA | **Pay Rate** $21.11 | **Store** CMC - WR Commerce City |
| | **Pay Frequency** Weekly | **Cost Center** 000 - None-rents |
| | | **Element 4** |

| | |
|---|---|
| **Federal Income Tax** | S3 |
| **CO State Income Tax (Residence)** | S3 |
| **CO State Income Tax (Work)** | S3 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 24.0000 | $21.1100 | $506.64 | $23,912.46 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 16.0000 | $21.1100 | $337.76 | $2,672.80 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $829.76 |
| On Call Pay | 0.0000 | $0.0000 | $0.00 | $910.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 7.2000 | $31.6650 | $227.99 | $16,393.73 |

**Total Hours** 47.2000

### Deductions

| Deduction | Pre-Tax | Employee Current | YTD |
|---|---|---|---|
| Cigna Dental | Yes | $4.62 | $152.46 |
| Medical-Cigna | Yes | $51.46 | $1,698.18 |
| Vision VSP | Yes | $0.69 | $22.77 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $34.00 | $1,604.00 |
| Employee Medicare | $14.73 | $634.29 |
| Federal Income Tax | $104.27 | $6,012.72 |
| Social Security Employee Tax | $62.97 | $2,712.13 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8052 | Checking | $799.65 |
| Total | | $799.65 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | $1,072.39 | $1,015.62 | $215.97 | $56.77 | $799.65 |
| **YTD** | $46,217.43 | $43,744.02 | $10,963.14 | $1,873.41 | $33,380.88 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**WAGNER CAT**

18000 Smith Road
Aurora, CO 80011

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 07/26/2015 |
| Period End Date | 08/01/2015 |
| Pay Date | 08/07/2015 |
| Document | 85138 |
| Net Pay | $847.97 |

### Pay Details

| | | |
|---|---|---|
| Jeryl T. Miller<br>4544 Andes St<br>Denver, CO 80249<br>USA | **Employee Number** 9728<br>**SSN** xxx-xx-4743<br>**Job** Mechanic Field Service<br>**Pay Rate** $21.11<br>**Pay Frequency** Weekly | **Pay Group** WRWeekly<br>**Location** WR Commerce City<br>**Bus. Unit** WRI - Wagner Rents<br>**Store** CMC - WR Commerce City<br>**Cost Center** 000 - None-rents<br>**Element 4** |

| | |
|---|---|
| Federal Income Tax | S3 |
| CO State Income Tax (Residence) | S3 |
| CO State Income Tax (Work) | S3 |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Earning | 24.0000 | $21.1100 | $506.64 | $23,405.82 |
| Double Time | 0.0000 | $0.0000 | $0.00 | $73.80 |
| Personal Day | 0.0000 | $0.0000 | $0.00 | $328.00 |
| Jury Duty | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Vacation Pay | 16.0000 | $21.1100 | $337.76 | $2,335.04 |
| Sick Day | 0.0000 | $0.0000 | $0.00 | $164.00 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $829.76 |
| On Call Pay | 1.0000 | $65.0000 | $65.00 | $910.00 |
| Acc Pers Day | 0.0000 | $0.0000 | $0.00 | $168.88 |
| Tool Reimbursem | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Safety Glass Re | 0.0000 | $0.0000 | $0.00 | $200.00 |
| Overtime Earn | 7.6000 | $31.6650 | $240.65 | $16,165.74 |

**Total Hours** 48.6000

### Deductions

| Deduction | Pre-Tax | Employee Current | YTD |
|---|---|---|---|
| Cigna Dental | Yes | $4.62 | $147.84 |
| Medical-Cigna | Yes | $51.46 | $1,646.72 |
| Vision VSP | Yes | $0.69 | $22.08 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CO State Income Tax | $38.00 | $1,570.00 |
| Employee Medicare | $15.85 | $619.56 |
| Federal Income Tax | $123.68 | $5,908.45 |
| Social Security Employee Tax | $67.78 | $2,649.16 |

### Paid Time Off

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx8052 | Checking | $847.97 |
| Total | | $847.97 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,150.05 | $1,093.28 | $245.31 | $56.77 | $847.97 |
| YTD | $45,145.04 | $42,728.40 | $10,747.17 | $1,816.64 | $32,581.23 |

*Originally printed in English*